BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLOTTE J. MENDOZA**<br>**xxx-xx-0543**<br><br><br><br>**Plaintiff,**<br><br>**v.**<br><br>**COMMISSIONER OF SSA**<br><br>**Defendant.** | **Case No.   16-1554 CKD**<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

Plaintiff's time to file her summary judgment motion is hereby extended from January 6, 2017, to

February 3, 2017, with all other deadlines extended accordingly.   This extension is required due

to counsel's briefing schedule.


/ / / /

/ / / /

/ / / /

1

Dated: January 5, 2017

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: January 5, 2017

Phillip A. Talbert
United States Attorney

Deborah Lee Stachel
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Richard M. Rodriguez

RICHARD M. RODRIGUEZ

Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   January 9, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2