BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE J. MENDOZA<br>xxx-xx-0543<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.   16-1554 CKD<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from February 3, 2017 to February 8, 2017, with all other deadlines extended accordingly.   This extension is required due to counsel's care taking duties with respect to her mother.

////

////

////

1

| | |
|---|---|
| Dated: February 3, 2017 | /s/*Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law<br><br>Attorney for Plaintiff |
| Dated: February 3, 2017 | Phillip A. Talbert<br>United States Attorney<br><br>Deborah Lee Stachel<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br><br>/s/ RICHARD M. RODRIGUEZ<br>Richard M. Rodriguez<br>Special Assistant United States Attorney<br><br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   February 7, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE